# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAMIEN GIBSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:14-cv-1812-KJD-PAL |
| SOUTHERN DESERT CORRECTIONAL CENTER et al., | ) | **ORDER** |
| Defendants. | ) | |

## I. DISCUSSION

On March 10, 2015, this Court issued a screening order and stayed the case for 90 days to give the parties an opportunity meet with a court-appointed mediator. (ECF No. 2, 5). This Court directed Defendants to file the 90-day stay report on or before June 8, 2015. (*See* ECF No. 6 at 1).

On June 8, 2015, Defendants filed a motion for an extension of time to file their status report. (ECF No. 6). Defendants seek to file their status report on or before August 14, 2015 because the Inmate Early Mediation Conference is scheduled for July 31, 2015. (*Id.* at 1-2).

The Court grants the motion for an extension of time. Defendants shall file their status report on or before August 14, 2015.

///
///
///
///
///

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 6) is granted. Defendants shall file their status report on or before August 14, 2015.

DATED: This 15th day of June, 2015.

_____
United States Magistrate Judge